FILED by ___ D.C.
ELECTRONIC

**April 15, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. ___ **08-CV-60533-Huck-O'Sullivan**

DENISE E. BARTLE,

        Plaintiff,

v.

RX OPTIONS, INC.,

        Defendant.

_____/

## NOTICE OF REMOVAL

TO:    The Judges of the United States District Court
        For the Southern District of Florida

The Defendant, RX OPTIONS, INC. ("RX Options"), by and through its undersigned counsel, files this Notice of Removal of an action pending in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida to the District Court of the United States, Southern District of Florida, Fort Lauderdale Division, being the district and division in which the action is pending. In support of removal, RX Options states as follows:

1.    The Plaintiff, Denise E. Bartle ("Bartle"), commenced an action against RX Options in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, entitled <u>Denise E. Bartle v. RX Options, Inc.</u>, Case No. 08-08018. All pleadings and papers that have been served upon RX Options in that action are attached to this Notice as Composite Exhibit "A."

2.    RX Options was served with the Complaint and Summons on March 14, 2008. This Notice is timely filed within 30 days of service of the Complaint. No further proceedings

have been held in this matter, nor have any other pleadings or papers been served other than those attached as Composite Exhibit "A."

3.      The claim asserted by the Plaintiff in her Complaint and the liability of RX Options, if any, is governed by 29 U.S.C. Section 201 et seq., also known as the Fair Labor Standards Act of 1938, as amended. As such, this Court has original jurisdiction over the subject matter of this civil action pursuant to 28 U.S.C. Section 1331 and this civil action may be removed pursuant to 28 U.S.C. Section 1441(b).

4.      RX Options has given written notice of the filing of this Notice to Bartle, and a copy of this Notice has been filed with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida.

11.      As shown above, all of the requirements for removal under 28 U.S.C. §1441 have been satisfied. Thus, this action should be removed to this Court.

WHEREFORE, the Defendant, RX Options, Inc., asks that the above-captioned matter, now pending in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, State of Florida, Case No. 08-08018, be removed to this Court.

Dated this 14th day of April, 2008.

Respectfully submitted,

Kevin W. Shaughnessy, Esquire
Florida Bar No.: 0473448
kshaughnessy@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Phone: (407) 649-4000
Fax: (407) 841-0168

**COUNSEL FOR DEFENDANT**

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal has been furnished by U.S. Mail, postage prepaid, this 14th day of April, 2008, to: Jennifer Daley, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street, Fort Lauderdale, Florida 33301-1154.

Kevin W. Shaughnessy

501845106.1

3

# COMPOSITE EXHIBIT "A"



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

| | | |
|---|---|---|
| **Karen Coolman Amlong** | www.TheAmlongFirm.com | **William R. Amlong** |
| Florida Bar Board Certified | | Florida Bar Board Certified |
| Civil Trial Law | Jennifer Daley | |
| Marital and Family Law | Rani Nair Bolen | Civil Trial Law |
| Business Litigation Law | Shelley J. Murray | Business Litigation Law |
| Labor and Employment Law | Jeffrey A. Botelho | Labor and Employment Law |

April 4, 2008

**<u>Via Certified Mail</u>**

RX Options, Inc.
Attn.: General Counsel/Human Resources Officer
2181 E. Aurora Road
Twinsburg, OH 44087

RX Options, Inc.
Attn.: General Counsel/Human Resources Officer
100 S. Andrews Ave., 2d Floor
Pembroke Pines, FL 33316

Re:   **<u>Bartle  v. Rx Options, Inc.</u>**
        Our File Number:  1551-00000
        Case Number:  08-08018 (14)

Dear General Counsel/Human Resources Officer:

With respect to the above-reference matter, enclosed is a copy of Plaintiff's Notice of Service of Return of Service, Summons and Pleadings by Certified Mail, and Affidavit of Service, to which are attached copies of:

1.      Plaintiff's notice of filing Return of Service served April 1, 2008, to which is attach a copy of the original Return of Service and Summons;

2.      Civil Cover Sheet;

3.      Complaint;

4.      Consent to Join;

5.      Plaintiff's first request for production;

6.      Plaintiff's notice of service and Plaintiff's first set of interrogatories.

Rx Options, Inc.
April 4, 2008
Page 2 of 2

_____

Thank you.

Very truly yours,

JENNIFER DALEY
For the Firm

Enclosures

cc:   William R. Amlong, Esquire
      Ms. Denise Bartle

\\amlong3\cpshare\CPWin\HISTORY\080325_0001\E47.41

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

DENISE E. BARTLE,                                Case Number:08-08018 (14)

    Plaintiff,

vs.

RX OPTIONS, INC., a foreign
corporation,

    Defendant.                              **Plaintiff's Notice of Filing
                                                Return of Service**
_____/

      Plaintiff, Denise Bartle, hereby gives notice of filing the attached,
original Return of Service dated March 24, 2008.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has
been furnished by U.S. Mail April 1, 2008, to RX Options, Inc., 2181 E.
Aurora Rd., Twinsburg, OH 44087; and RX Options, Inc. 100 S. Andrews
Ave., 2nd Floor, Pembroke Pines, FL 33316.

        AMLONG & AMLONG, P.A.
        Attorneys for Plaintiff
        500 N.E. 4th St., Second Floor
        Fort Lauderdale, Florida 33301-1154
        (954) 462-1983

        JENNIFER DALEY
        Florida Bar No: 0856436
        WILLIAM R. AMLONG
        Florida Bar Number 856436

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

# RETURN OF SERVICE

State of Florida                    County of Broward                    Circuit Court

Case Number: 08-08018 (14)

Plaintiff:
DENISE E. BARTLE

vs.

Defendant.
RX OPTIONS, INC., a Florida corporation,

For:
William R. Amlong
AMLONG & AMLONG, P.A.
500 N. E. Fourth St. Second Floor
Ft Lauderdale, FL 33301-1154

Received by Allied Process Services, Inc. on the 14th day of March, 2008 at 12:02 pm to be served on Rx Options, Inc., c/o Florida Secretary Of State, 2661 Executive Center Circle West, Tallahassee, FL 32399.

I, FRED DREW, do hereby affirm that on the 24th day of March, 2008 at 1:15 pm, I:

SUBSTITUTE - BUSINESS OFFICE: served by delivering a true copy of the Summons, Civil Cover Sheet, Wage and Hour Complaint, Consent to Join and Notice of Service, Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Request for Production of Documents with the date and hour of service endorsed thereon by me, to: Margret Freeman, Supervisior, a person employed therein and authorized to accept service for Rx Options, Inc., c/o Florida Secretary Of State at the address of: 2661 Executive Center Circle West, Tallahassee, FL 32399, the within named person's usual place of business, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit of Florida. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



FRED DREW
Certified Process Server #144,

Allied Process Services, Inc.
194 Monte Terrace Drive
Monticello, FL 32344
(850) 997-2384

Our Job Serial Number: 2008000062

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.2c

## IN THE SEVENTEENTH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA

DENISE E. BARTLE,

    Plaintiff,

vs.

RX OPTIONS, INC., a Florida
corporation,

    Defendant.

_____/

Case Number: 08-08018 (14)

COPY

**SUMMONS
CIVIL COMPLAINT**

Date: 3-24-08 Time: 1:15pm

J.O.     P.D #144

Certified Process Server, 2nd Judicial Circuit, FL

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons, a copy of the Complaint,
Consent to Join, Plaintiff's First Request for Production, Plaintiff's Notice of
Service and Plaintiff's First Set of Interrogatories in this lawsuit on defendant:

Rx Options, Inc.
Headquarters:
2181 E. Aurora Road
Twinsburg, OH 44087

Florida business address:
100 S. Andrews Ave., 2nd Floor
Pembroke Pines, FL 33316

**by serving Secretary of State Kurt S. Browning
Florida Department of State
R. A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399**
Pursuant to F.S. 48.181

    Each defendant is required to serve written defenses to the complaint or
petition on **Jennifer Daley and William R. Amlong**, plaintiff's attorney,
whose address is **Amlong & Amlong, P.A., 500 Northeast Fourth Street,
Fort Lauderdale, Florida 33301**, within 20 days of service of this summons
on that defendant, exclusive of the day of service, and to file the original of
the defenses with the clerk of this court either before service on plaintiff's
attorney or immediately thereafter. If a defendant fails to do so, a default will

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON_____                    ‘MAR 1 1 2008

                              CLERK OF THE CIRCUIT COURT
                              HOWARD C. FORMAN
                              As Clerk of the Circuit Court

                                              KAREN WALKER-JOHNSON
                                                  A TRUE COPY
                              By:_____   CIRCUIT CIVIL_____
                                   As Deputy Clerk

\\amlong3\cpshare\CPWIn\HISTORY\080215_0001\E47.2F

Page 2 of 2

Civil Cover Sheet

This civil cover sheet and the information contained herein neither replaces no supplements the filing and service of pleading or other papers as required by law. This firm is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form).



I.    CASE STYLE

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

(Name of Court):                                                08G8018

Plaintiff:    DENISE E. BARTLE,                     Case #: _____    A TRUE COPY
                                                    Judge: _____

vs.

Defendants:   RX OPTIONS, INC., a Foreign corporation.        CHANCE FORMAN
                                                              CLERK OF CIRCUIT COURT
                                                              BROWARD COUNTY, FL

II.   TYPE OF CASE (Place an x in one box only. If the case fits more than one type of case select the most definitive.)
III.

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| □ Simplified dissolution | □ Professional Malpractice | □ Contracts |
| □ Dissolution | □ Products liability | □ Condominium |
| □ Support - IV-D | □ Auto negligence | □ Real property/ |
| □ Support - Non IV-D | □ Other negligence | Mortgage |
| □ URESA - IV-D | | Foreclosure |
| □ URESA - Non IV-D | | □ Eminent domain |
| □ Domestic Violence | | x Other |
| □ Other domestic relations | | |

IV.   Is Jury Trial Demand in Complaint?

      □ YES
      x NO

DATE: February____, 2008          AMLONG & AMLONG, P.A.
                                  Attorneys for the Plaintiff
                                  500 Northeast Fourth Street
                                  Fort Lauderdale, Florida 33301
                                  (954) 462-1983

                          By: _____
                              WILLIAM R. AMLONG
                              Florida Bar Number 470228
                              JENNIFER DALEY
                              Florida Bar Number 856436

**IN THE CIRCUIT COUNT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

**14**

DENISE E. BARTLE,

    Plaintiff,

vs.

RX OPTIONS, INC., a foreign
corporation,

    Defendant.

_____/

Case Number: _____

0868038

A TRUE COPY

**Wage and Hour Complaint**

    Plaintiff, Denise E. Bartle, sues Defendant, Rx Options, Inc., a foreign
corporation, and alleges:

### Introduction

    1.    This is an action brought pursuant to and arising under the Fair
Labor Standards Act of 1938, as amended [29 U.S.C. § 201, *et seq.*]
(hereinafter, "the Act").

### Jurisdiction

    2.    Based on the information available to Plaintiff, this is an action for
damages that exceeds $15,000, exclusive of costs and interest, and for
injunctive relief.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

## Venue

3.    Venue is proper in Broward County, Florida, because Defendant employed Bartle in Broward County where she resides; and Defendant conducts business in Broward County.

## Parties

4.    Plaintiff, Denise E. Bartle, was, at all times material, employed as an administrative assistant for Rx Options, Inc.

5.    Defendant, RX Options, Inc., is an Ohio corporation doing business in Broward County, Florida.

6.    RX Options is

   a.    an "employer" as defined by the FLSA;

   b.    an enterprise under the FLSA and an enterprise engaged in commerce within the meaning of the FLSA; and

   c.    an enterprise that has an annual gross volume business of of not less than $500,000 annually.

## General Allegations

7.    Since in or about January 2005, RX Options  violated the FLSA by not paying Bartle for certain compensable hours.

8.    RX Options failed to pay Bartle for hours worked in excess of 40 hours per week at rates less than one and one-half times the regular rates at which she was employed.

Page 2 of 4

9.     RX Options' failure to pay Bartle at rates not less than one and one-half times the regular rates at which she was employed for hours worked in excess of 40 hours per week is unlawful.

10.    The failure to pay overtime compensation to Bartle is unlawful and not exempted from the overtime provisions of the FLSA.

11.    RX Options' refusal to pay Bartle regular and overtime pay is a willful violation of the Fair Labor Standards Act, entitling Bartle to liquidated damages.

## **Relief Sought**

12.    Plaintiff is entitled, pursuant to § 16(b) of the Act [29 U.S.C. § 216(b)], to recover from the defendant:

      a.     unpaid compensation;

      b.     as liquidated damages, an amount equal to the compensation owed;

      c.     the cost of this action; and

      d.     a reasonable attorneys' fee.

## **Prayer for Relief**

WHEREFORE, Plaintiff prays that this court will grant judgment:

      a.     awarding payment of compensation found by the court to be due under the Act;

      c.     awarding an additional equal amount as liquidated damages;

      d.     awarding costs, including a reasonable attorneys' fee; and

      e.     granting such other and further relief as is just.

Page 3 of 4

Respectfully Submitted,

AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

WILLIAM R. AMLONG
Florida Bar Number: 470228
JENNIFER DALEY
Florida Bar Number: 856436

Page 4 of 4



**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

DENISE E. BARTLE,

     Plaintiff,

vs.

RX OPTIONS, INC., a Florida
corporation,

     Defendant.

_____/

0868018



### Consent to Join Pursuant To 29 U.S.C. § 216(b)
### Verified Under Penalty of Perjury Pursuant to § 92.525, Florida Statutes

TO:  Clerk of the Court and to Each Party and Counsel of Record:

State of Florida    )

County of   Broward)

DENISE E. BARTLE, being duly sworn,

       (Type or Print Name)

deposes and says:

    1.    I reside at 6961 S.W. 11th St., Plantation, FL 33317. I employed by Rx Options, Inc.

    2.    I understand this suit is being brought under the federal Fair Labor Standards Act.   As an employee of Rx Options, Inc, I hereby consent, agree and opt-in to become a party plaintiff herein and to be bound by any settlement of this action or adjudication of the Court.

 **The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

Under penalties of perjury, I declare that I have read the foregoing and
that the facts stated in it are true.

_Denise G. Bartle_
DENISE E. BARTLE

Date: _February 22, 2008_

Page 2 of 2

**IN THE SEVENTEENTH JUDICIAL CIRCUIT COURT
IN AND FOR BROWARD COUNTY, FLORIDA**

DENISE E. BARTLE,

    Plaintiff,

vs.

RX OPTIONS, INC., a Foreign
corporation,

    Defendant.

_____/

Case Number: _____

0868018

**Plaintiff's First Request for
Production of Documents**

A TRUE COPY

      Plaintiff, Denise E. Bartle, pursuant to Florida Rule of Civil Procedure 1.350, requests the defendant, Rx Options, Inc., to produce the following documents for inspection and copying, within the time permitted by the rules to Amlong & Amlong, P.A., 500 Northeast Fourth Street, Fort Lauderdale, FL 33301-1154):

    1.    If defendant denies the gross volume of Rx Options, Inc., was less than $500,000 annually for 2005, 2006 or 2007, the IRS form 1120 (or 1120-S) for each of those years.

    2.    Plaintiff's entire personnel and payroll files, inclusive of all correspondence, memoranda, e-mails, and notes with regard to Plaintiff.

    3.    The records (including, but not limited to, payroll reports and summaries) of the hourly wages paid to and the number of hours worked by



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

Plaintiff from January 2005 through the date of your response to this request for production.

     4.    All W-2 Wage and Tax Statements for 2005, 2006 and 2007, Plaintiff.

     5.    E-mails, correspondence and/or other communications regarding the hours worked by Plaintiff from 2005 to present.

     6.    Job description and/or job summary for each position held by Plaintiff from 2005 through the date of your response to this request for production.

     7.    Each written policy of Defendant in effect from 2005 to present regarding:

          a.    hours of work;

          b.    compensation;

          c.    overtime.

     8.    All documents related to the affirmative defenses asserted by Defendant.

## **Certificate of Service**

I HEREBY CERTIFY that the above and foregoing has been served on

Defendant along with the summons and complaint in this action.

AMLONG & AMLONG, P.A.
Attorneys for the Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

By: _____
WILLIAM R. AMLONG
Florida Bar Number 470228
JENNIFER DALEY
Florida Bar Number 856436

Page 3 of 3

## IN THE SEVENTEENTH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA

DENISE E. BARTLE,

    Plaintiff,

vs.

RX OPTIONS, INC., a Foreign
corporation,

    Defendant.

0868018 

**Notice of Service of Plaintiff's**
*First Set of Interrogatories to*
**Defendant**

A TRUE COPY

Plaintiff, Denise E. Bartle, hereby gives notice of service of her First Set

of Interrogatories to Defendant, Rx Options, Inc., with the Complaint and

Summons in this action.

AMLONG & AMLONG, P.A.
Attorney for Plaintiff
500 N.E. Fourth St., Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

WILLIAM R. AMLONG
Florida Bar Number 470228
JENNIFER DALEY
Florida Bar Number 856436

**The Amlong Firm** ▪ 500 Northeast Fourth Street ▪ Fort Lauderdale, FL 33301 ▪ 954-462-1983



# IN THE SEVENTEENTH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA

DENISE E. BARTLE,

    Plaintiff,

vs.

RX OPTIONS, INC., a Florida
corporation,

    Defendant.

0808018

**Plaintiff's First Set of
Interrogatories to Defendant**

A TRUE COPY

_____/

    Pursuant to Florida Rule of Civil Procedure 1.340, plaintiff, Denise E. Bartle, propounds the attached First Set of Interrogatories to Defendant, Rx Options, Inc. The answers are to be given under oath and served upon the undersigned within the time permitted by the Rules.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served with the Summons and Complaint in this action.

                    AMLONG & AMLONG, P.A.
                    Attorneys for Plaintiff
                    500 N.E. Fourth St., Second Floor
                    Fort Lauderdale, Florida  33301
                    (954) 462-1983

By:                   

                    WILLIAM R. AMLONG
                    Florida Bar Number 470228
                    JENNIFER DALEY
                    Florida Bar Number 0856436

## Plaintiff's First Set of Interrogatories to Defendant

(If answering for another person or entity, answer
with respect to that person or entity, unless otherwise stated.)

1.      What is the name and address of each person who is participating in answering these interrogatories and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.      For the period from January 2005 to present, please state the following with respect to Plaintiff's employment with the defendant: (i) the plaintiff's rate of pay; (ii) the number of hours you contend the plaintiff worked each week; (iii) each week during which the plaintiff took holiday, vacation or leave time and/or was unable to work for any reason and the amount of time taken for such leave.

3.     Please state the identity (name, addresses, job title, and telephone numbers) of each person who played any role in controlling or directing Plaintiff's work and/or assigning work to Plaintiff; and determining her weekly wages.

4.     List the names, last known addresses, job titles, and telephone numbers of all persons believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised by the pleadings and specify the subject matter about which each witness has knowledge.

Page 4 of 7

5.      Do you claim that any person or entity other than Rx Options, Inc., is, or may be, liable in whole or part for the claims asserted against it in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

6.      Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit:  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

Page 5 of 7

7.    State the name and address of every person known to you, your agents or attorneys who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, videotape, photograph, audiotape, computer tape or computer disk pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

RX OPTIONS, INC.

By: _____

Title: _____

State of _____ )

County of _____)

I HEREBY CERTIFY that on this day, before me, an officer duly authorized

to administer oaths, personally appeared _____ , the ____

_____ RX OPTIONS, INC. who is personally known to me or who

has produced _____

as identification and, having been duly sworn to tell the truth, says that the

foregoing answers are true and correct.

IN WITNESS WHEREOF I set my signature and official seal this _

_ day of _____, 2008.

_____

NOTARY PUBLIC

_____

Print Name

Page 7 of 7

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

DENISE E. BARTLE,                    Case Number:08-08018 (14)

    Plaintiff,

vs.

RX OPTIONS, INC., a foreign
corporation,                          **Plaintiff's Notice of Service of
                                      Return of Service, Summons
    Defendant.                 and Pleadings by Certified Mail,
_____/      and Affidavit of Service**

       Plaintiff, Denise Bartle, hereby gives notice of serving of copies of the following documents via U.S. Mail (certified, return receipt requested), with the attached letter:

1.    Plaintiff's notice of filing Return of Service served April 1, 2008, to which is attach a copy of the original Return of Service and Summons;

2.    Civil Cover Sheet;

3.    Complaint;

4.    Consent to Join;

5.    Plaintiff's first request for production; and

6.    Plaintiff's notice of service and Plaintiff's first set of interrogatories.



**The Amlong Firm** ● 500 Northeast Fourth Street ● Fort Lauderdale, FL  33301 ● 954.462.1983

## **Affidavit of Service**

State of Florida
County of Broward

Jennifer Daley, being duly sworn, deposes and says:

1.     My name is Jennifer Daley. I am the attorney for the plaintiff in the above-styled action.

2.     On April 4, 2008, I sent this notice and the attachments listed on page 1 of this notice (including the Return of Service and Summons) to RX Options, Inc. via U.S. Mail (Certified, return receipt requested, Nos. 7007-0710-001-4062-1242 and 0710-001-4062-1259), to the following addresses:

RX Options, Inc.
Attn.: General Counsel/Human Resources Officer
2181 E. Aurora Road
Twinsburg, OH 44087

RX Options, Inc.
Attn.: General Counsel/Human Resources Officer
100 S. Andrews Ave., 2d Floor
Pembroke Pines, FL 33316

Executed at Ft. Lauderdale, Florida, on April 4, 2008.

JENNIFER DALEY

I HEREBY CERTIFY that on this day, in the county and state aforesaid, before me, a notary public, personally appeared **JENNIFER DALEY**, who is personally known to me, and who, after being sworn, says that the foregoing is true and correct.

IN WITNESS WHEREOF I set my signature and official seal this 4th day of April, 2008.

NOTARY PUBLIC

Page 2 of 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by <u>U.S. Mail (certified, return receipt requested)</u> April 4, 2008, to RX Options, Inc., Attn.: General Counsel/Human Resources Officer, 2181 E. Aurora Rd., Twinsburg, OH 44087; and RX Options, Inc., Attn.: General Counsel/Human Resources Officer, 100 S. Andrews Ave., 2nd Floor, Pembroke Pines, FL 33316.

AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
500 N.E. 4th St., Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

JENNIFER DALEY
Florida Bar No: 0856436
WILLIAM R. AMLONG
Florida Bar Number 856436

JS 44 (Rev. ) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Denise E. Bartle | RX Options, Inc. |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed _____ |
|---|---|
| Broward | (IN U.S. PLAINTIFF CASES ONLY) |
| (EXCEPT IN U.S. PLAINTIFF CASES) | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Jennifer Daley, Esq. | Kevin Shaughnessy, Esq. |
| Amlong & Amlong, P.A. | Baker & Hostetler LLP |
| 500 Northeast Fourth Street | 200 South Orange Ave., SunTrust Center, Suite 2300 (32801) |
| Fort Lauderdale, FL 44087 | Post Office Box 112 |
| | Orlando, Florida 32802-0112     407-649-4000 |

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08 CV 60533-Huck-O'Sullivan

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product / Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury — | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Product Liability / Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability / Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product **PERSONAL PROPERTY** / Liability ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 380 Other Personal | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | Product Liability / Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations **Habeas Corpus:** | | or Defendant) | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - / ☐ 550 Civil Rights Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

FILED BY _____ D.C.

APR 1 5 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC § 201, et seq.

Brief description of cause:
Alleged breach of Fair Labor Standards Act of 1938, as amended

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $Unspecified

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 04/14/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

542775

American LegalNet, Inc.   www.USCourtForms.com