# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 08-60533-CIV-HUCK/O'SULLIVAN

DENISE E. BARTLE,

     Plaintiff,

v.

RX OPTIONS, INC.,

     Defendant.

_____/

### ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Plaintiff's Motion for Costs, Including Attorney's Fees and Litigation Expenses, filed on October 9, 2008 [D.E. #42] (the "Motion"). The Motion was referred to the Honorable United States Magistrate Judge John J. O'Sullivan. Magistrate Judge O'Sullivan issued his Report and Recommendation on the Plaintiff's Motion on March 19, 2009 [D.E. #61] (the "Report"), wherein he recommended that the Plaintiff be awarded attorney's fees in the amount of $51,0157.45 and costs in the amount of $1,718.75. Plaintiff filed an objection to the Report on April 6, 2009 and a hearing was held on that objection on April 16, 2009.

Having reviewed *de novo* the Motion, the Report, Plaintiff's objections, the record, and being otherwise duly advised, this Court agrees with Magistrate Judge O'Sullivan's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge O'Sullivan be RATIFIED, AFFIRMED, and made the Order of the District Court.

DONE in Chambers, Miami, Florida, this April 16, 2009.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge O'Sullivan
Counsel of Record